IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DANA R. FULTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:18cv623-MHT |
| | ) | (WO) |
| DR. JENNIFER B. RICHARDSON, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that the defendant, a dentist, discriminated against her on the basis of disability and denied her access to medical records in violation of federal law; she also raised a variety of claims under state law. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion to dismiss for failure to state a claim be granted as to plaintiff's federal claims, and that the court decline to exercise supplemental jurisdiction over plaintiff's state-law claims. Also before the court is plaintiff's

objection to the recommendation.  After an independent and de novo review of the record, the court concludes that the objection should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 18th day of March, 2019.

                                          /s/ Myron H. Thompson
                                     **UNITED STATES DISTRICT JUDGE**