**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | |
|---|---|
| DANA R. FULTON, )<br> )<br>    Plaintiff, )<br> )<br>    v. )<br> )<br>DR. JENNIFER B. RICHARDSON, )<br> )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:18cv623-MHT<br>(WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objection (doc. no. 30) is overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 29) is adopted.

(3) Defendant's motion to dismiss (doc. no. 19) directed to the first amended complaint is denied as moot.

(4) Defendant's motion to dismiss (doc. no. 25) directed to the second amended complaint is granted, to

the extent that plaintiff's federal claims are dismissed with prejudice, and plaintiff's state-law claims are dismissed without prejudice pursuant to 28 U.S.C. § 1367(c).

All other motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of March, 2019.

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**